United States Bankruptcy Court
District of Utah
Frank E. Moss United States Courthouse
Room 504B
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn                                                                                  Telephone:
Financial Department                                                                    (801) 524-6682

March 2, 2009

David J. Saxton
North American Recovery
5225 Wiley Post Way Suite 410
Salt Lake City, Utah 84116

Re: **Unclaimed funds Request for Case # 00-32035 (McDonald E. Wrenn, Jr)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case. In order to process your request, please provide the following to the court:

- Notarized verification of identity and authorization of person to act on behalf of North American Recovery.

- Notarized verification of North American Recovery's person in authority's appointment of David J. Saxton to act on behalf of North American Recovery as it's agent in this case.

- Completely filled out Application.

- Completely filled out order.

**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 504
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

*Deneen Nunn*

Deneen Nunn
Financial Department